UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-139-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENDRICK LEWIS | ORDER |

This matter comes before the Court by motion of the Office of the Federal Public Defender seeking to have the Raleigh Police Department return the Defendant's lawfully-seized property to his grandmother, Barbara Yamagata, pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the Raleigh Police Department shall release the property at issue, a mobile phone, to Ms. Barbara Yamagata as soon as practicable.

As the Defendant has already pleaded guilty, this Court finds that the mobile phone no longer possesses any evidentiary value in this matter, and as such, the best interests of the public are served in granting this motion.

IT IS SO ORDERED.

This 24 day of October, 2014.

JAMES C. DEVER, III
Chief United States District Judge